UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CASE NO.: 15-18507-AJC
                                                                      CHAPTER 13
Jose J Barahona,

    Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of Ditech Financial LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487**

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909
    By: /s/Bouavone Amphone
    Bouavone Amphone, Esquire
    Email: bamphone@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 20, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CORONA LAW FIRM, P.A.
3899 NW 7TH STREET, SECOND FLOOR
MIAMI, FL  33126

JOSE J BARAHONA
1333 W 51 ST PLACE
HIALEAH, FL  33012

NANCY K. NEIDICH
POB 279806
MIRAMAR, FL  33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130

 

           Robertson, Anschutz & Schneid, P.L.
           Authorized Agent for Secured Creditor
           6409 Congress Ave., Suite 100
           Boca Raton, FL 33487
           Telephone: 561-241-6901
           Facsimile: 561-997-6909
           By: /s/Bouavone Amphone
           Bouavone Amphone, Esquire
           Email: bamphone@rasflaw.com