

**ORDERED in the Southern District of Florida on November 27, 2018.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

**In re:**

**Jose J. Barahona**                                          **Case No. 15-18507-AJC**
                                                              **Chapter 13**

        **Debtors**
_____/

## ORDER GRANTING MOTION TO DEEM CURRENT THE ACCOUNT OF CARMEL TOWNHOMES CONDOMINIUM ASSOCIATION, INC.

THIS CASE came before the Court for hearing on November 20, 2018 at 9:00 a.m., upon the Debtor's Motion to Deem Current the Account of Carmel Townhomes Condominium Association, Inc. D.E. #88. Based on the record, the Debtor's motion and that no objections were heard, **IT IS ORDERED** as follows:

1. Debtor's Motion to Deem Current the Account of Carmel Townhomes Condominium Association, Inc. D.E. #88, is hereby **GRANTED**.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).