

**ORDERED in the Southern District of Florida on February 6, 2019.**

_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| **IN THE MATTER OF:** | **CASE NO. 15-18507-AJC** |
| **JOSE J. BARAHONA** | **CHAPTER 13** |
| Debtors, | |
| _____/ | |

### ORDER DENYING MOTION TO DEEM CURRENT THE MORTGAGE DE 84

**THIS CASE** came on to be heard on January 31, 2019 on the Motion to Deem Current the

Mortgage, D.E. #84 and based on the record, it is

**ORDERED** as follows:

1. That the Motion to Deem Current the Mortgage, D.E. #84, is denied without

prejudice. The Lender/Creditor should provide mortgage statements to the Debtor and communicate directly with Debtor regarding payments and/or payment plan.

###

Submitted by
<u>Ricardo Corona, Esq</u>
Bar No. 111333
BK@coronapa.com
Corona Law Firm, P.A
3899 NW 7 ST #202-B
MIAMI, FL 33126
 Phone: (305)547-1234
 Fax: (888)554-5607

Movant shall serve a copy of this order on all interested parties and file a certificate of service with the Clerk of the Court.